UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.R., et al.,                     ) | |
|                                   ) | |
|     Plaintiffs,                   ) | |
|                                   ) | |
|     v.                            ) | Case No. 1:18-cv-11458-FDS |
|                                   ) | |
| AMY KOGUT, CNM, et al.            ) | |
|                                   ) | |
|     Defendants.                   ) | |
|  _____) | |

**<u>DECLARATION OF JILL STEINBERG</u>**

1.      I am an Assistant Regional Counsel in the Boston Regional Office (Region 1), Office of the General Counsel, of the United States Department of Health and Human Services ("the Department").  I am familiar with the official records of administrative tort claims filed against the Department pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, and the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. § 233(g)–(n).

2.      I have reviewed official Department records and determined that the Brockton Neighborhood Health Center, Inc. (BNHC) and its employees were deemed eligible for Federal Tort Claims Act malpractice coverage during calendar years 2014, 2015, and 2016.  Copies of these notifications from an Associate Administrator for Primary Health Care with the Department to CHC are attached to this Declaration as <u>Exhibit 1</u>.

3.      Official agency records further indicate that Amy Kogut, CNM was an employee of BNHC at all times relevant to the Complaint in this case.

1

2

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Boston, Massachusetts this 30th day of July, 2018.

_____
Jill L. Steinberg
Assistant Regional Counsel
Office of the General Counsel, Region 1
United States Department of Health and Human Services