UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 1:18-cv-11458-FDS

COLIGNY REJOUIS, PPA DIONY REJOUIS,
MARSHA PHILEMOND, AND
DIONY REJOUIS,
                              Plaintiff,
V.
AMY KOGUT, CNM, AND
GOOD SAMARITAN MEDICAL CENTER,
                    Defendants.

## **NOTICE OF APPEARANCE**

Please enter the appearance of Lynn I. Hu of Lubin & Meyer, P.C. as counsel for the

plaintiffs' in the above-captioned matter.


Respectfully submitted,

The Plaintiffs,
By their attorney,

/s/ Lynn I. Hu
Lynn I. Hu
BBO# 690823
LUBIN & MEYER, P.C.
100 City Hall Plaza
Boston, MA 02108
(617) 720-4447
asatin@lubinandmeyer.com

1

## <u>CERTIFICATE OF SERVICE</u>

I, Adam R. Satin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2018.


/s/ Adam R. Satin
Adam R. Satin