UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIGNY REJOUIS, PPA DIONY REJOUIS, MARSHA PHILEMOND and DIONY REJOUIS,<br>　　　　Plaintiffs<br><br>v.<br><br>AMY KOHUT, CNM, and GOOD SAMARITAN MEDICAL CENTER,<br>　　　　Defendants | Civil Action No.<br>18-11458-FDS |

## ORDER

The Court having been apprised that the United States Attorney has certified that defendant Amy Kogut, CNM, was acting within the scope of her federal employment at the time of the incidents giving rise to Counts I through IX of the Complaint, and the Court having been apprised of the substitution of the United States of America as the defendant on those counts pursuant to 28 U.S.C. § 2679(d)(1), hereby:

ORDERS that Counts I through IX are dismissed as against Amy Kogut, CNM, and the United States of America is substituted as the defendant in her place; and,

FURTHER ORDERS that the caption of this action shall be amended to reflect the substitution of the United States of America for Amy Kogut, CMN.

Dated: Sept. 18, 2018

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

1