# **EXHIBIT C**

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 1883CV00173

COLIGNY REJOUIS, PPA DIONY REJOUIS )
MARSHA PHILEMOND, AND )
DIONY REJOUIS, )
          Plaintiffs, )
    )
v. )
    )
AMY KOGUT, CNM, AND )
GOOD SAMARITAN MEDICAL CENTER, )
          Defendants. )

## ANSWER OF DEFENDANT, GOOD SAMARITAN MEDICAL CENTER, TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

The defendant, Good Samaritan Medical Center, hereby answers plaintiffs' Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted.

### SECOND DEFENSE

The defendant, Good Samaritan Medical Center, responds to the allegations contained in the plaintiffs' Complaint, paragraph by paragraph as follows:

### Counts I - IX

The allegations contained in Counts I through IX of plaintiffs' Complaint concern a defendant other than this defendant, and therefore, no answer is required. However, to the extent that these counts are deemed to include allegations of fact against this defendant, the defendant denies those allegations.

### Count X

1. The defendant neither admits nor denies the allegations contained in Paragraph 1 of Count X of the plaintiffs' Complaint as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

2. The defendant admits the allegations contained in Paragraph 2 of Count X of plaintiffs' Complaint insofar as Good Samaritan Medical Center is a Massachusetts charitable corporation. The defendant denies the remaining allegations contained in Paragraph 2 of Count X of the plaintiffs' Complaint.

3. The defendant admits the allegations contained in Paragraph 3 of Count X of plaintiffs' Complaint insofar as the employees of Good Samaritan Medical Center are skilled and competent. The defendant denies the remaining allegations contained in Paragraph 3 of Count X of plaintiffs' Complaint.

4. The defendant denies the allegations contained in Paragraph 4 of Count X of plaintiffs' Complaint.

5. The defendant denies the allegations contained in Paragraph 5, subparts a. – f., of Count X of plaintiffs' Complaint.

6. The defendant denies the allegations contained in Paragraph 6 of Count X of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

## Count XI

1. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through X of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

2. The defendant denies the allegations contained in Paragraph 2 of Count XI of plaintiffs' Complaint.

3. The defendant denies the allegations contained in Paragraph 3 of Count XI of plaintiffs' Complaint.

4. The defendant denies the allegations contained in Paragraph 4 of Count XI of plaintiffs' Complaint.

5. The defendant denies the allegations contained in Paragraph 4 of Count XI of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

## Count XII

1. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through XI of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

2. The defendant denies the allegation contained in Paragraph 2 of Count XII of the plaintiffs' Complaint as an issue of fact to be decided by the trier of fact at the time of trial.

3. The defendant denies the allegation contained in Paragraph 3 of Count XII of the plaintiffs' Complaint as an issue of fact to be decided by the trier of fact at the time of trial.

4. The defendant denies the allegations contained in Paragraph 4 of Count XII of plaintiffs' Complaint.

5. The defendant denies the allegation contained in Paragraph 5 of Count XII of the plaintiffs' Complaint as an issue of fact to be decided by the trier of fact at the time of trial.

6. The defendant denies the allegation contained in Paragraph 6 of Count XII of the plaintiffs' Complaint as an issue of fact to be decided by the trier of fact at the time of trial.

7. The defendant denies the allegations contained in Paragraph 7 of Count XII of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

## Count XIII

1. The defendant neither admits nor denies the allegations contained in Paragraph 1 of Count XIII of the plaintiffs' Complaint as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

2. The defendant admits the allegations contained in Paragraph 2 of Count XIII of plaintiffs' Complaint insofar as Good Samaritan Medical Center is a Massachusetts charitable corporation. The defendant denies the remaining allegations contained in Paragraph 2 of Count XIII of the plaintiffs' Complaint.

3. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through XII of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

4. The defendant denies the allegations contained in Paragraph 4 of Count XIII of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

### Count XIV

1. The defendant neither admits nor denies the allegations contained in Paragraph 1 of Count XIV of the plaintiffs' Complaint as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

2. The defendant admits the allegations contained in Paragraph 2 of Count XIV of plaintiffs' Complaint insofar as Good Samaritan Medical Center is a Massachusetts charitable corporation. The defendant denies the remaining allegations contained in Paragraph 2 of Count XIV of the plaintiffs' Complaint.

3. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through XIII of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

4. The defendant denies the allegations contained in Paragraph 4 of Count XIV of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

### Count XV

1. The defendant neither admits nor denies the allegations contained in Paragraph 1 of Count XV of the plaintiffs' Complaint as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

2. The defendant admits the allegations contained in Paragraph 2 of Count XV of plaintiffs' Complaint insofar as Good Samaritan Medical Center is a Massachusetts charitable corporation. The defendant denies the remaining allegations contained in Paragraph 2 of Count XV of the plaintiffs' Complaint.

3. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through XIV of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

4. The defendant denies the allegations contained in Paragraph 4 of Count XV of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

### Count XVI

1. The defendant neither admits nor denies the allegations contained in Paragraph 1 of Count XVI of the plaintiffs' Complaint as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

2. The defendant admits the allegations contained in Paragraph 2 of Count XVI of plaintiffs' Complaint insofar as Good Samaritan Medical Center is a Massachusetts charitable corporation. The defendant denies the remaining allegations contained in Paragraph 2 of Count XVI of the plaintiffs' Complaint.

3. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through XV of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

4. The defendant denies the allegations contained in Paragraph 4 of Count XVI of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

### Count XVII

1. The defendant neither admits nor denies the allegations contained in Paragraph 1 of Count XVII of the plaintiffs' Complaint as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

2. The defendant admits the allegations contained in Paragraph 2 of Count XVII of plaintiffs' Complaint insofar as Good Samaritan Medical Center is a Massachusetts charitable corporation. The defendant denies the remaining allegations contained in Paragraph 2 of Count XVII of the plaintiffs' Complaint.

3. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through XVI of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

4. The defendant denies the allegations contained in Paragraph 4 of Count XVII of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

### Count XVIII

1. The defendant neither admits nor denies the allegations contained in Paragraph 1 of Count XVIII of the plaintiffs' Complaint as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

2. The defendant admits the allegations contained in Paragraph 2 of Count XVIII of plaintiffs' Complaint insofar as Good Samaritan Medical Center is a Massachusetts charitable corporation. The defendant denies the remaining allegations contained in Paragraph 2 of Count XVIII of the plaintiffs' Complaint.

3. The defendant repeats and incorporates by reference each and every admission and denial as to each and every allegation contained in Counts I through XVII of the plaintiff's Complaint with the same force and effect as if each were separately set forth herein at length.

4. The defendant denies the allegations contained in Paragraph 4 of Count XVIII of plaintiffs' Complaint.

WHEREFORE, the defendant denies that the plaintiffs are entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

### THIRD DEFENSE

The negligence of the plaintiffs contributed to their injuries, and recovery in this action should be barred or diminished in accordance with the provisions of Massachusetts General Laws c. 231, §85.

### FOURTH DEFENSE

The defendant says that the injuries allegedly sustained by the plaintiffs were caused by the act or acts of persons for whose conduct the defendant was not responsible.

## FIFTH DEFENSE

The defendant, its agents, servants, and employees, say that the plaintiffs were guilty of contributory negligence and that the damages, if any, recovered by the plaintiffs from the defendant, should be reduced in proportion to the said negligence of the plaintiffs in accordance with M.G.L. c. 231, §85K.

## SIXTH DEFENSE

The defendant, its agents, servants, and employees, state that the plaintiffs' recovery for pain and suffering, embarrassment and other items of general damages, if any, is limited pursuant to the provisions of M.G.L. c. 231, §60H.

## SEVENTH DEFENSE

The defendant, their agents, servants, and employees, state that the injuries alleged were caused by the intervening and/or superseding acts of third persons for which the defendant are not liable.

## EIGHTH DEFENSE

The defendant, their agents, servants, and employees, state that the plaintiffs' recovery for past medical expenses is limited pursuant to the provisions of M.G.L., c. 231, §60G.

## NINTH DEFENSE

The defendant, their agents, servants, and employees, say that if the plaintiffs' underwent the medical treatment alleged, they did so after they were fully informed and cognizant of the risks and uncertainty involved in the treatment, and the plaintiffs exercised their informed consent for the treatment.

## TENTH DEFENSE

The defendant states that it is organized under M.G.L. c. 180 and, therefore is entitled to charitable immunity. Further answering, the defendant states that the acts and/or omissions complained of in plaintiffs' Complaint were committed, if at all, in the course of activity carried on to accomplish directly the charitable purposes of the defendant; accordingly, the liability, if any, of the defendant is limited, pursuant to M.G.L. c. 180, §85K.

## ELEVENTH DEFENSE

The defendant states that Good Samaritan Medical Center is a misnomer, and therefore, plaintiffs' Complaint should be dismissed.

7

The defendant reserves the right to raise such additional defenses as become known and or available during the course of this action.

WHEREFORE, the defendant denies that the plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

*The defendant says that this is a medical malpractice action, which is required to be heard by a medical malpractice tribunal, pursuant to M.G.L. c. 231, §60B and Superior Court Rule 73, and requests that plaintiffs file the Offer of Proof with the clerk and provide the defendant with a copy within fifteen (15) days of filing of defendant's answer.*

THE DEFENDANT DEMANDS A TRIAL BY JURY OF ALL ISSUES.

Respectfully submitted,

The Defendant,
**GOOD SAMARITAN MEDICAL CENTER,**
By its attorneys,

*/s/ Shana Solomon*
Paul R. Greenberg, Esq., BBO# 552176
Shana M. Solomon, Esq., BBO# 664188
Preti Flaherty Beliveau & Pachios LLP
60 State Street, Suite 1100
Boston, MA 02109
(617) 226-3800
pgreenberg@preti.com
ssolomon@preti.com

DATED: 5/29/18

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/29/18
Sms

8