# **EXHIBIT D**

Case 1:18-cv-11458-FDS   Document 1   Filed 07/12/18   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIGNY REJOUIS, PPA DIONY REJOUIS, MARSHA PHILEMOND and DIONY REJOUIS<br>Plaintiffs<br><br>v.<br><br>AMY KOHUT, CNM, and GOOD SAMARITAN MEDICAL CENTER,<br>Defendants<br><br>RE: Docket No. 1883CV00173<br><br>Superior Court Department of the Trial Court, Plymouth Division | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1442 and 1445, the United States, on behalf of the defendant Amy Kohut, CNM, by and through her attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby removes this action to federal court for the following reasons:

1.   On or about February 12, 2018, Plaintiffs filed a Complaint in Superior Court Department of the Trial Court, Plymouth Division, Commonwealth of Massachusetts, Docket No. 1883CV00173. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint in the State Court Action is attached as Exhibit A.

2.   In the State Court Action, Plaintiff named Amy Kohut, CNM, as a Defendants. However, the basis for the Complaint, as set forth in the Complaint, is an action alleged to have been taken by the defendant in her capacity as an employee of the United States Government,

1

acting within the scope her employment, and no state statutes or state bases for jurisdiction are set forth. The United States has not been properly served with the Complaint.

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1442(a)(1), which provides that an officer of the United States may remove to federal court a civil action filed in state court against an officer of the United States or any agency thereof, acting in an official or individual capacity.

4. Venue lies in this Court pursuant to 42 U.S.C. §§ 1442 and 1446(a).

5. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed with the Clerk of the Superior Court Department of the Trial Court, Plymouth Division, Commonwealth of Massachusetts. A copy of the notice filed with that Court will be sent to Plaintiff's counsel of record.

6. Pursuant to Local Rule 81.1(a), the United States will request from the Clerk of the Superior Court Department of the Trial Court, Plymouth Division, Commonwealth of Massachusetts, certified copies of all records and proceedings in the State Court Action and certified copies of all docket entries, including a copy of this Notice of Removal, and will file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, the United States removes this action filed in the Superior Court Department of the Trial Court, Plymouth Division, to this Court.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: July 12, 2018

By: /s/ Susan M. Poswistilo
Susan M. Poswistilo, BBO No. 565581
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3103
Susan.Poswistilo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via First Class Mail.

Attorneys for Plaintiffs:

Andrew C. Meyer, Jr.
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

Date: July 11, 2018

/s/ Susan M. Poswistilo
Susan M. Poswistilo
Assistant United States Attorney