# EXHIBIT H

Case 1:18-cv-11458-FDS    Document 51-8    Filed 02/21/20    Page 1 of 8

```
                                    Volume:      I
                                    Pages    1-147
                                    Exhibits:    2
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 1:18-CV-11458-FDS

COLIGNY REJOUIS, PPA DIONY REJOUIS,
MARSHA PHILEMOND, AND
DIONY REJOUIS,

    Plaintiffs

V.

UNITED STATES OF AMERICA, AND
GOOD SAMARITAN MEDICAL CENTER,

    Defendants

- - - - - - - - - - - - - - - - x

    DEPOSITION of AMY KOGUT, CNM, called on behalf of the Plaintiffs, taken pursuant to the provisions of the Massachusetts Rules of Civil Procedure, before Debra Blessin, a Professional Court Reporter and Notary Public, in and for the Commonwealth of Massachusetts, at the Offices of Lubin & Meyer, P.C., 100 City Hall Plaza, Boston, MA, on Thursday, September 26, 2019, commencing at 10:06 a.m.

------------

**PELLEGRINO COURT REPORTING**
P.O. BOX 850070
BRAINTREE, MA 02184
(781) 985-1347

2

A P P E A R A N C E S

ADAM SATIN, ESQUIRE
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108
(617) 720-4447
    Counsel for the Plaintiffs

SUSAN POSWISTILO, ESQUIRE
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

ELIZABETH A. CAMPBELL, ESQUIRE
Preti Flaherty
60 State Street, Suite 1100
Boston, MA 02109
(617) 226-3800
    Counsel for Good Samaritan Medical
        Center

Also Present: Jill L. Steinberg,
              Assistant Regional Counsel
              Dept. Of Health & Human
              Services

781-985-1347

| | | |
|---|---|---|
| 1 | | practice nursing different from a license to |
| 2 | | practice nurse midwifery? |
| 3 | A | Yes. |
| 4 | Q | So you currently have a license to practice |
| 5 | | as a nurse midwife and as a nurse? |
| 6 | A | Correct. |
| 7 | Q | Has your license to practice nursing or nurse |
| 8 | | midwifery at any time every been |
| 9 | | investigated, disciplined or limited in any |
| 10 | | way? |
| 11 | A | No. |
| 12 | Q | Are you aware of any complaints that have |
| 13 | | been made against you with the Board of |
| 14 | | Registration in Nursing in Massachusetts? |
| 15 | A | No. |
| 16 | Q | Are you aware of any such complaints to any |
| 17 | | comparable entity in Pennsylvania or New |
| 18 | | Jersey? |
| 19 | A | No. |
| 20 | Q | Who was your employer back in 2015? |
| 21 | A | Brockton Neighborhood Health Center. |
| 22 | Q | I'm sorry, you said Brockton? |
| 23 | A | Brockton Neighborhood Health Center, yes. |
| 24 | Q | What is Brockton Neighborhood Health Center? |

14

1       What is it?
2    A  It's a health center.
3    Q  Is it a physical location where people go for
4       certain types of care?
5    A  Correct.
6    Q  Do you know what types of care is covered
7       there?
8    A  Dental, pediatrics, adult primary care,
9       OB/GYN, optometry.
10   Q  And where was that location?
11   A  On Main Street in Brockton.
12   Q  Is that where you went when you were employed
13      by Brockton Neighborhood Health Center?
14   A  That is where I saw patients on an outpatient
15      basis.
16   Q  And you also had work that you did at
17      hospitals?
18   A  Correct.
19   Q  Which hospitals?
20   A  At Good Samaritan.
21   Q  Is that the only one?
22   A  Correct.
23   Q  What would you go to Good Samaritan for?
24   A  To be on call for labor and delivery.

15

| | | |
|---|---|---|
| 1 | Q | Were you on staff at Good Samaritan? |
| 2 | A | Yes. |
| 3 | Q | Did you receive some patients at Good Samaritan who were not your Brockton Neighborhood Health Center patients? |
| 6 | A | Occasionally? |
| 7 | Q | If you were on call and a patient came in, you might be assigned by the hospital to them? |
| 10 | A | I wouldn't be assigned, but maybe it was there -- the one available to care for the patient, or a private doctor's patient may deliver that we would take care of. |
| 14 | Q | Would you be covering a private doctor's patients? |
| 16 | A | Not routinely. |
| 17 | Q | But if needed for coverage? |
| 18 | A | Mm-hmm. |
| 19 | Q | That's an example. |
| 20 | A | Sorry, I apologize. Yes. |
| 21 | Q | So I just often just point to her, because it really is just for the transcript and it'll reduce the amount of talking I do. |
| 24 | A | I understand. |

PELLEGRINO COURT REPORTING
781-985-1347

16

1   Q   With respect to your call back at that time
2       in 2015, how did it work?
3   A   There was a call schedule.  We each had -- we
4       generally had one -- we all had one night
5       that we worked and then there was some, you
6       know, 24-hour call shifts generally somewhere
7       a couple times a month.
8   Q   Now, how many obstetric providers were there
9       with Brockton Neighborhood Health Center back
10      in 2015?
11  A   I can't recall exactly.
12  Q   Can you give me a sense, even though it will
13      be a ballpark estimate?
14  A   Seven, seven midwives.
15  Q   Any doctors employed by the Brockton
16      Neighborhood Health Center at that time?
17      OBs, obviously.
18  A   Yes.  I can't recall at that time if
19      Dr. Hanjani was still employed by the health
20      center or not.  There kind of was people in
21      an out.  Dr. Hanjani was there at one point,
22      Dr. Merchia was there at one point,
23      Dr. Edinburgh.
24          So I don't really -- I can't

| | | |
|---|---|---|
| 1 | | inductions of labor? |
| 2 | A | No. |
| 3 | Q | That would go to whoever was on call? |
| 4 | A | Correct, yes. |
| 5 | Q | The call schedule, was that run by the chief |
| 6 | | of the OB/GYN staff at Good Samaritan? |
| 7 | A | No, it was made by one of the midwives. |
| 8 | Q | Where? |
| 9 | A | One of the midwives who worked at Brockton |
| 10 | | Neighborhood Health Center. |
| 11 | Q | Now getting back to what I had asked you |
| 12 | | about before, at times that you were at the |
| 13 | | hospital, I think you said you would |
| 14 | | sometimes receive new patients who you had |
| 15 | | never met? |
| 16 | A | Correct. |
| 17 | Q | Was that part of your responsibility being on |
| 18 | | staff at Good Samaritan Medical Center, to do |
| 19 | | that? |
| 20 | A | It was not generally our responsibility, but |
| 21 | | the responsibility to care for someone in the |
| 22 | | event that there was no one else there to |
| 23 | | care for them, then yes, it was our |
| 24 | | responsibility. |