# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIGNY REJOUIS, PPA DIONY REJOUIS,<br>Plaintiff,<br><br>v.<br><br>United States of America, and<br>GOOD SAMARITAN MEDICAL CENTER,<br>Defendants. | CIVIL ACTION<br>No. 18-cv-11458-FDS |

## AFFIDAVIT OF MARISELA MARRERO

I, Marisela Marrero, state the following:

1. I am President of Steward Good Samaritan Medical Center, Inc. ("GSMC").

2. The facts stated in this affidavit are not all within my personal knowledge. The facts as are stated in this affidavit which are not within my personal knowledge, have been assembled by authorized individuals and counsel of the Defendant, and I am informed and believe that the facts stated in said responses are true.

3. Ms. Kogut was not an employee of GSMC in September 2015.

4. In September 2015, Ms. Kogut had privileges to see obstetric patients at GSMC.

5. There was no contract between Ms. Kogut and GSMC regarding the care provided by Ms. Kogut to patients at GSMC.

6. Ms. Kogut was not paid a salary by GSMC, or any compensation by GSMC, for the care she rendered at GSMC in September 2015.

7. In 2015, GSMC did not bill insurance companies or patients for the care that Ms. Kogut provided patients at its facility.

8. GSMC has never provided Ms. Kogut with health, dental, disability, life, or liability insurance.

9. GSMC did not provide paid vacation time or retirement benefits to Ms. Kogut.

10. GSMC had no right to control the medical care and treatment rendered by Ms. Kogut to patients at GSMC in 2015.

15180778.1

11. The obstetric policies that GSMC had in place in 2015 were only meant to provide guidance to the obstetric provider, and were not meant to control the judgment exercised, and the decisions made by the obstetric providers.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed on February 6, 2020

Marisela Marrero, M.D.
President Good Samaritan Medical Center